IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:25-CV-00993-KDB-DCK

| | |
|---|---|
| 1CAPAPP, LLC,<br><br>**Plaintiff,**<br><br>v.<br><br>JORDAN CHRISTIAN, JUSTIN CHRISTIAN, JASON CHRISTIAN, AND THE CAROL JEANETTE CHRISTIAN REVOCABLE TRUST,<br><br>**Defendants.** | **MEMORANDUM AND ORDER** |

**THIS MATTER** is before the Court on Plaintiff's motion under Rule 65 of the Federal Rules of Civil Procedure for a Temporary Restraining Order and Preliminary Injunction (Doc. No. 4). For the reasons set forth below, the Court **GRANTS** the Motion with respect to the request for a TRO.

Plaintiff alleges through its Verified Complaint (Doc. No. 1) that Defendants unlawfully infiltrated Plaintiff's computer email system and online document storage account where they, without authorization, accessed, downloaded, and transferred over fifty-seven (57) gigabytes of data. According to Plaintiff, this data included thousands of documents including but not limited to tax returns, profit and loss statements, balance sheets, customer communications, and confidential customer transcripts. Based upon the facts Plaintiff alleges, the Court finds: 1) that Plaintiff has a likelihood of success in proving its claims; 2) that Plaintiff will suffer immediate and irreparable harm if Defendants Jordan Christian, Justin Christian, and Jason Christian and their agents, representatives, and associates are not enjoined from accessing or using any information

1

that any one of them obtained from Plaintiff's email account for its former manager Jeanette Christian, jeanette@1capapp.com, or its online data storage account for Jeanette Christian; 3) that the balance of equities favors Plaintiff, as Defendants compromised a vast amount of Plaintiff's sensitive computer data; and 4) that it is in the public interest to enjoin Defendants Jordan Christian, Justin Christian, and Jason Christian from accessing or using any information any one of them obtained from Plaintiff's email account for its former manager Jeanette Christian, jeanette@1capapp.com, or its online data storage account for Jeanette Christian. Further, the Court finds that because of the exigencies of the circumstances and that the limited injunctive relief ordered will only preclude Defendants Jordan Christian, Justin Christian, and Jason Christian from engaging in conduct the law already prohibits, granting this TRO without notice is appropriate.

Having found that the requirements of Rule 65 have been satisfied, the Court therefore orders that Defendants Jordan Christian, Justin Christian, and Jason Christian are restrained and enjoined from accessing or using any information any one of them obtained from Plaintiff's email account for its former manager Jeanette Christian, jeanette@1capapp.com, or its Google Drive account for Jeanette Christian.

It is further **ORDERED** that:

1. The security requirement under Rule 65(c) is waived in its entirety;
2. The Motion and relief are granted *ex parte*;
3. The preliminary injunction hearing shall be held at a time to be set by the Court; and
4. The TRO shall remain in effect until after the preliminary injunction hearing.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: December 17, 2025

Kenneth D. Bell
United States District Judge