**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**Case No. 3:25-cv-993**

| | |
|---|---|
| 1CAPAPP, LLC, | |
| Plaintiff, | |
| v. | **DEFENDANTS' RULE 12(b) MOTIONS TO DISMISS** |
| JORDAN CHRISTIAN, JASON CHRISTIAN, JUSTIN CHRISTIAN, and THE CAROL JEANETTE CHRISTIAN REVOCABLE TRUST, | |
| Defendants. | |

## RULE 12(b)(2) MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, and for the reasons further set forth in the accompanying brief, Defendants, Jordan Christian, Jason Christian, and Justin Christian, respectfully move the court to dismiss all claims against them for lack of personal jurisdiction.

## RULE 12(b)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for the reasons further set forth in the accompanying brief, Defendant The Carol Jeanette Christian Revocable Trust, respectfully moves the court to dismiss the following claims against it for failure to state a claim upon which relief may be granted:

1. Plaintiff's Count I for Violation of the Computer Fraud and Abuse Act (18 U.S.C. § 1030)

2. Plaintiff's Count II for Computer Trespass (N.C.G.S. § 14-458)

3. Plaintiff's Count III for Intentional Intrusion Upon Seclusion

4. Plaintiff's Count IV for Conversion

5. Plaintiff's Count V for Injunctive Relief

6. Plaintiff's Count VII for Civil Conspiracy

7. Plaintiff's Count VIII for Punitive Damages


This the 9th day of March, 2026.


*/s/ Richard Jeremy Sugg*
Richard Jeremy Sugg, N.C. Bar No. 40351
BELL, DAVIS & PITT, P.A.
227 W. Trade Street, Suite 1800
Charlotte, NC 28202
Telephone: 704-227-0400
Email: jsugg@belldavispitt.com

*Attorneys for Defendants*